```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ASYNDETON SA,

                  Plaintiff,

    -against-

ONSET CAPITAL PARTNERS, et al.,

                  Defendants.

-------------------------------------------------------------X

23-CV-01536 (JPO)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On May 10, 2023, the Honorable J. Paul Oetken assigned this matter to my docket for settlement. By May 17, 2023, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 11, 2023
                New York, New York